**No. 46050.**—Protests 40698–K, etc., of Jordan Marsh Co. et al. (Boston, etc.).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46051.**—Protests 994937–G, etc., of Henry Pollak, Inc., et al. (New York).

Opinion by TILSON, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 46052.**—Protests 984330–G, etc., of Geo. Borgfeldt Corp. (New York).

Opinion by KINCHELOE, J.   It was stipulated that the merchandise in question is similar to that the subject of Abstract 45502.   It was therefore held dutiable as entireties at 25 percent under paragraph 1403 as claimed.

**No. 46053.**—Protests 713411–G, etc., of T. D. Downing Co. et al. (Boston).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, JUNE 12, 1941

**No. 46054.**—Protest 34193–K of Louis Wolf & Co., Inc. (Baltimore).

Opinion by OLIVER, P. J.   It was stipulated that the merchandise consists of metal figures similar to those passed upon in *United States* v. *Woolworth* (28 C. C. P. A. —, C. A. D. 145).   They were therefore held dutiable at 3 cents per pound but not less than 22½ nor more than 45 percent ad valorem under paragraph 397 as amended by the trade agreement with the United Kingdom, T. D. 49753.